3055D/mw                                                                      #58856

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM KLERONOMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 19 L 001871 |
| ) | |
| AIM TRANSFER & STORAGE, INC., a ) | |
| Domestic Corporation, and ) | |
| WILLIAM T. SACKMASTER ) | |
| ) | |
| Defendants. ) | |

## PETITION FOR REMOVAL

Defendants, AIM TRANSFER & STORAGE, INC. and WILLIAM SACKMASTER, by and through counsel from CAMELI & HOAG, P.C., file this Petition for Removal pursuant to 28 U.S.C. § 1441. The basis for removal is as follows:

1.      On February 20, 2019, Plaintiff re-filed a personal injury lawsuit regarding an automobile accident that occurred on March 6, 2014 on I-94 at or near Elston Avenue in Chicago, Illinois.

2.      Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of Plaintiff's Complaint is attached to this Petition for Removal as Exhibit A.

3.      Defendants Aim Transfer & Storage, Inc. and William Sackmaster received notice of the Summons and the Complaint on or about February 20, 2019.

4. Plaintiff's Complaint against Defendants alleges claims of negligence for a vehicular injury that Plaintiff claims caused him to suffer injuries and damages, of a personal, pecuniary, and permanent nature.

5. Plaintiff's Complaint demands that the amount in controversy in this matter is in excess of $100,000, which exceeds the $75,000 jurisdictional limit.

6. Additionally, the scope of Plaintiff's alleged injuries provides a reasonable basis for the Court to conclude that the amount in controversy exceeds $75,000. Specifically, Plaintiff is claiming severe injuries to his lumbosacral spine requiring reconstructive surgery. In addition, Plaintiff is alleged to have suffered a closed head injury, a torn meniscus in his knee, and soft tissue injuries to multiple body parts. The medical bills allegedly incurred to date as a result of this accident exceed $200,000.

7. Defendants Aim Transfer & Storage, Inc. and William Sackmaster properly appeared in the state court matter in the Circuit Court of Cook County, Illinois.

8. Defendants Aim Transfer & Storage, Inc. and William Sackmaster filed this Petition for Removal within thirty (30) days of receiving service of the Plaintiff's Re-filed Complaint.

9. Defendant, William Sackmaster, is an individual permanently domiciled and resides solely in West Allis, Wisconsin. Accordingly, pursuant to federal law, William Sackmaster is considered to be a citizen of the state of Wisconsin.

10. Defendant, Aim Transfer & Storage, Inc., is a Wisconsin corporation with its principle place of business in Oak Creek, Wisconsin. Accordingly, pursuant to federal law, Aim Transfer & Storage, Inc., is considered to be a citizen of the state of Wisconsin.

11. Upon information and belief, Plaintiff, William Kleronomos, is an individual permanently domiciled and resides solely in Chicago, Illinois. Accordingly, pursuant to federal law, William Kleronomos is considered to be a citizen of the state of Illinois.

12. Since the Plaintiff and Defendants are "citizens" of different states, there is complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332(a).

13. This Court has original jurisdiction over the underlying state court case pursuant to the provisions of 28 U.S.C. § 1332. This action may be removed pursuant to the provisions of 28 U.S.C. § 1441 and § 1446 because the matter in controversy exceeds the sum of $75,000 exclusive of costs and interests and is between citizens of different states.

14. Upon filing of this Petition for Removal, the Defendants will give written notice of the filing of this Notice of Removal to all attorneys of records and the Clerk of the Circuit Court of Cook County, Illinois.

15. The Defendants demand a trial by jury on all issues triable by jury.

WHEREFORE, Defendants, AIM TRANSFER & STORAGE, INC. and WILLIAM SACKMASTER, petition this Honorable Court for the entry of an Order

3

removing the above-captioned lawsuit from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

        Respectfully submitted,

        CAMELI & HOAG, P.C.


        By:   /s/ Stephen M. Brandenburg
                Attorneys for Defendants

Perry W. Hoag
Stephen M. Brandenburg
Brian M. Micic
CAMELI & HOAG, P.C.
Attorneys for Defendants
105 West Adams Street, Suite 1430
Chicago, IL 60603
312-726-7300
Email: phoag@camelihoaglaw.com
       sbrandenburg@camelihoaglaw.com
       bmicic@camelihoaglaw.com