# EXHIBIT A

30134:February 20, 2019            Attorney No. 41535

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
2/20/2019 2:11 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L001871

| | |
|---|---|
| WILLIAM KLERONOMOS, | ) |
| Plaintiff, | ) No. 2019L001871 |
| vs. | ) |
| | ) Amount: in excess of $100,000.00 plus the cost to file this suit. |
| AIM TRANSFER AND STORAGE, INC., a Domestic Corporation and WILLIAM T. SACKMASTER, | ) Return Date: |
| Defendants. | ) |

**Re- Filed Complaint**

NOW COMES the Plaintiff, WILLIAM KLERONOMOS, by and through his attorneys, THE VRDOLYAK LAW GROUP, LLC., and complaining of the Defendants, AIM TRANSFER AND STORAGE, INC. and WILLIAM T. SACKMASTER, and states as follows:

**Count I - William Kleronomos v. Aim Transfer and Storage, Inc.**

1. On February 19, 2019, the original complaint 16 L 2252 was dismissed by agreed Order, pursuant to 735 ILCS 5/ 2-1009(a), without prejudice and with the right to refile pursuant to 735 ILCS 5/13-217.

2. That on or about March 6, 2014, WILLIAM T. SACKMASTER, an employee and/or authorized and/or ostensible agent of the Defendant, AIM TRANSFER AND STORAGE, INC., operated, controlled and drove a motor vehicle, traveling in a

1

generally eastbound direction at or near MP 42.70, on I-94 at or near Elston Avenue, City of Chicago, County of Cook, State of Illinois.

3. That at the aforesaid time and place, and at all relevant times herein, the Defendant AIM TRANSFER AND STORAGE, INC., leased and maintained said motor vehicle then and there operated, controlled and driven by said employee and/or authorized and/or ostensible agent of the, Defendant, WILLIAM T. SACKMASTER.

4. That at the aforesaid time and place, and at all relevant times herein, said employee and/or ostensible agent of the Defendant, WILLIAM T. SACKMASTER, operated, controlled and drove said motor vehicle with the knowledge, consent and express and/or implied permission of the Defendant, AIM TRANSFER AND STORAGE, INC.

5. That at the aforesaid time and place, and all relevant times herein, said employee and/or authorized and/or ostensible agent of the Defendant, WILLIAM T. SACKMASTER, operated, controlled and drove said motor vehicle within the permission of the Defendant, AIM TRANSFER AND STORAGE, INC.

6. That at the aforesaid time and place, and at all relevant times herein, the Defendant, AIM TRANSFER AND STORAGE, INC., had a right of control over said employee and/or authorized and/or ostensible agent, WILLIAM T. SACKMASTER, in the operation of the aforesaid motor vehicle.

7. That at the aforesaid time and place, and at all relevant times herein, said employee and/or authorized agent of the Defendant, WILLIAM T. SACKMASTER, was conducting himself in such a manner as to cause members of the general public, including the Plaintiff, WILLIAM KLERONOMOS, to believe that he was an employee and/or authorized agent of the Defendant, AIM

FILED DATE: 2/20/2019 2:11 PM   2019L001871

TRANSFER AND STORAGE, INC.

    8.    That at the aforesaid time and place, the Plaintiff, WILLIAM KLERONOMOS, owned, operated, controlled and drove a motor vehicle, traveling in an eastbound direction at or near MP 42.70, on I-94 at or near Elston Avenue, City of Chicago, County of Cook, State of Illinois.

    9.    That at the aforesaid time and place, the Defendant, AIM TRANSFER AND STORAGE, INC., as lessee and principal through its agent, said employee and/or ostensible agent, WILLIAM T. SACKMASTER, did then and there drive said motor vehicle into a violent collision with the aforesaid motor vehicle then and there driven by the Plaintiff, WILLIAM KLERONOMOS.

    10.    That the aforesaid time and place, the Defendant, AIM TRANSFER AND STORAGE, INC., as lessee and principal through its agent, said employee and/or authorized and/or ostensible agent, WILLIAM T. SACKMASTER, owed a duty to the Plaintiff, WILLIAM KLERONOMOS, and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

    11.    That at the aforesaid time and place, the Defendant, AIM TRANSFER AND STORAGE, INC., as lessee and principal through its agent, said employee and/or authorized and/or ostensible agent, WILLIAM T. SACKMASTER, breached the aforesaid duty to the Plaintiff, WILLIAM KLERONOMOS, through one or more of the following acts and /or omissions:

    (a)    operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

    (b)    failed to keep said motor vehicle under proper and sufficient control;

    (c)    operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured;

FILED DATE: 2/20/2019 2:11 PM 2019L001871

(d) operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e) failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f) failed to give an audible warning with horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601;

(g) failed to yield the right-of-way to plaintiff's vehicle in violation of 625 ILCS 5/11-901;

12. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, AIM TRANSFER AND STORAGE, the Plaintiff, WILLIAM KLERONOMOS, suffered injuries and damages, of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, WILLIAM KLERONOMOS, demands judgment against the Defendant, AIM TRANSFER AND STORAGE, INC., a Domestic Corporation, for a sum in excess of ONE HUNDRED THOUSAND AND NO/100THS ($100,000.00) DOLLARS, plus costs of this suit.

### Count II - William Kleronomos v. William T. Sackmaster

1. That on or about March 6, 2014, WILLIAM T. SACKMASTER, operated, controlled and drove a motor vehicle, traveling in a generally eastbound direction, at or near MP 42.70, on I-94 at or near Elston Avenue, City of Chicago, County of Cook, State of Illinois.

2. That at the aforesaid time and place, the Plaintiff, WILLIAM KLERONOMOS, owned, operated, controlled and drove a motor vehicle, traveling in a generally eastbound direction, at or near MP 42.70, on I-94 at or near Elston Avenue, City of Chicago, County of Cook, State of Illinois.

4

3. That at the aforesaid time and place, the Defendant, did then and there drive said motor vehicle into a violent collision with the aforesaid motor vehicle then and there driven by the Plaintiff, WILLIAM KLERONOMOS.

4. That at the aforesaid time and place, the Defendant, WILLIAM T. SACKMASTER, owed a duty to the Plaintiff, WILLIAM KLERONOMOS, and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

5. That at the aforesaid time and place, the Defendant, WILLIAM T. SACKMASTER, breached the aforesaid duty to the Plaintiff, WILLIAM KLERONOMOS, through one or more of the following negligent and careless acts and/or omissions:

(a) operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

(b) failed to keep said motor vehicle under proper and sufficient control;

(c) operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured;

(d) operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e) failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f) failed to give an audible warning with horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601;

(g) failed to yield the right-of-way to plaintiff's vehicle in violation of 625 ILCS 5/11-901;

6. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, WILLIAM T. SACKMASTER, the Plaintiff, WILLIAM KLERONOMOS, suffered injuries and damages, including property damage, of a personal, pecuniary and permanent nature.

FILED DATE: 2/20/2019 2:11 PM  2019L001871

WHEREFORE, the Plaintiff, WILLIAM KLERONOMOS, demands judgment against the Defendant, WILLIAM T. SACKMASTER, for a sum in excess of ONE HUNDRED THOUSAND AND NO/100THS ($100,000.00) DOLLARS, plus costs of this suit.

                                                                          _/s/ Jon C. Papin_
                                                                          Attorney for Plaintiff

Jon Papin
THE VRDOLYAK LAW GROUP, LLC.
Attorney for Plaintiff
9618 S. Commercial Avenue
Chicago, IL 60617
773-731-3311
jpapin@vrdolyak.com

FILED
2/20/2019 2:11 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L001871

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | | | |
|---|---|---|---|
| WILLIAM KLERONOMOS | ) | | |
| Plaintiff, | ) | | |
| vs. | ) | | |
| AIM TRANSFER & STORAGE, INC., and WILLIAM T. SACKMASTER | ) | No. | 2019L001871 |
| Defendants. | ) | | |

## SUPREME COURT RULE 222 AFFIDAVIT

I, Jon C. Papin, attorney for plaintiff William Kleronomos, states the following:

1. I am the plaintiff's attorney representing the Plaintiff in this action.

2. The total money damages sought exceeds $100,000.00.

FURTHER, AFFIANT SAYETH NOT.

Respectfully submitted

_____
Jon C. Papin

Jon C. Papin
VRDLOYAK LAW GROUP LLC.
9618 S. Commercial Avenue
Chicago, IL 60617
(773)731-3311
jpapin@vrdolyak.com